1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| William Bastien, | CASE NO. 2:12-cv-02755 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING PLAINTIFF'S PROPOSED DISCOVERY REQUESTS** |
| v. | |
| ABF Freight Systems Inc, and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS on June 17, 2013, counsel for Plaintiff William Bastien sent to counsel for Defendant ABF Freight System, Inc. by email certain proposed discovery requests, including 14 proposed requests for admission ("Proposed RFAs"), 7 proposed interrogatories ("Proposed Interrogatories"), and 16 proposed requests for the production of documents ("Proposed RFPs") (collectively, the "Requests");

WHEREAS Plaintiff has not served the Proposed RFAs, Proposed Interrogatories, or Proposed RFPs on Defendant;

WHEREAS on June 20, 2013, counsel for Plaintiff and counsel for Defendant conducted a telephonic meet-and-confer regarding the Proposed RFAs, Proposed Interrogatories, and Proposed RFPs; and

WHEREAS counsel for Plaintiff and counsel for Defendant have reached an agreement that Defendant will respond to certain of the Requests and Plaintiff will not serve certain of the Requests;

NOW THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) Defendant will provide written responses and objections to all 14 of Plaintiff's Proposed RFAs by July 17, 2013;

(2) Defendant will provide written responses and objections to Plaintiff's Proposed Interrogatories Nos. 3-7 by July 17, 2013, and Plaintiff shall not serve Proposed Interrogatories Nos. 1-2; and

(3) Defendant will voluntarily produce certain documents of the type described in Plaintiff's RFPs Nos. 1-6, 8, 12, and 16, to the extent such documents are relevant and exist, and Plaintiff shall not serve Proposed RFPs Nos. 7, 9-11 and 13-15.  ABF will not produce such documents formally under Federal Rule of Civil Procedure 34 and will not provide written objections and responses to any of the Proposed RFPs.  Rather, ABF will voluntarily produce such documents, and will do so by July 17, 2013.

Dated: June 28, 2013

          MATTHEW S. KAHN
          GIBSON, DUNN & CRUTCHER LLP


          By:   */s/* Matthew S. Kahn
                      Matthew S. Kahn

          Attorneys for Defendant
          ABF FREIGHT SYSTEM, INC.


Dated: June 28, 2013

          RACHEL RENNO
          THE LAW OFFICE OF BOWMAN & ASSOCIATES


          By:   */s/* Rachel Renno (as authorized on June 28, 2013)
                      Rachel Renno

          Attorneys for Plaintiff
          WILLIAM BASTIEN


**IT IS SO ORDERED.**

**Date: 7/1/2013**

          _____
          KENDALL J. NEWMAN
          UNITED STATES MAGISTRATE JUDGE