1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| William Bastien, | CASE NO. 2:12-cv-02755 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S JURY DEMAND AND RESET CASE FOR BENCH TRIAL** |
| v. | |
| ABF Freight Systems Inc, and DOES 1 through 50, inclusive, | |
| Defendants. | |

1 WHEREAS the parties have held a meet-and-confer in response to the Court's June 26, 2013 Minute Order (Dkt. # 19); and

WHEREAS the parties have agreed that Plaintiff is not entitled to a jury trial on his sole remaining claim for violation of Section 510 of the Employee Retirement Income Security Act of 1974; and

WHEREAS Plaintiff therefore has agreed to withdraw his jury demand; and

WHEREAS the parties therefore have agreed pursuant to Federal Rule of Civil Procedure 39(a)(1) to stipulate to a bench trial;

NOW THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) Plaintiff hereby withdraws his demand for a jury trial;

(2) The Court's Pretrial Scheduling Order dated June 19, 2013 and filed on June 20, 2013 (Dkt. # 16) should be amended to reset the case for bench trial.

Dated: July __, 2013

        MATTHEW S. KAHN
        GIBSON, DUNN & CRUTCHER LLP


        By:  /s/ Matthew S. Kahn
                      Matthew S. Kahn

        Attorneys for Defendant
        ABF FREIGHT SYSTEM, INC.


Dated: July __, 2013

        RACHEL RENNO
        THE LAW OFFICE OF BOWMAN & ASSOCIATES


        By:  /s/ Rachel Renno (as authorized on July 4, 2013)
                      Rachel Renno

        Attorneys for Plaintiff
        WILLIAM BASTIEN

1 **IT IS SO ORDERED.**

2 Dated: July 12, 2013

_____
Troy L. Nunley
United States District Judge