1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| William Bastien, | CASE NO. 2:12-cv-02755 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO REVISED SCHEDULE FOR PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. #25)** |
| v. | |
| ABF Freight Systems Inc, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

Case No. 2:12-cv-02755

STIPULATION AND ORDER TO REVISED SCHEDULE FOR PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. #25)

WHEREAS the parties have held a meet-and-confer in response to the Court's October 8, 2013 Minute Order (Dkt. #32); and

WHEREAS the parties have agreed to a revised briefing schedule and hearing date for purposes of Defendant's Motion for Summary Judgment (Dkt. #25), subject to the Court's approval;

NOW THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) Plaintiff will file his Opposition to Defendant's Motion for Summary Judgment on or before October 24, 2013;

(2) Defendant will file its Reply to Plaintiff's Opposition on or before November 7, 2013;

(3) The hearing related to Defendant's Motion for Summary Judgment will occur on November 14, 2013.

Dated: October 8, 2013

MATTHEW S. KAHN
GIBSON, DUNN & CRUTCHER LLP


By:  */s/* Matthew S. Kahn
                Matthew S. Kahn

Attorneys for Defendant
ABF FREIGHT SYSTEM, INC.

///
///
///
///
///
///
///
///

Gibson, Dunn & Crutcher LLP

Case No. 2:12-cv-02755

1

STIPULATION AND ORDER TO REVISED SCHEDULE FOR PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. #25)

Dated: October 8, 2013

                                      MICHAEL PEART
                                      ATTORNEY AT LAW


By:  */s/* Michael Peart (as authorized on Oct. 8, 2013)
                  Michael Peart

Attorneys for Plaintiff
WILLIAM BASTIEN

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
Troy L. Nunley
United States District Judge

Gibson, Dunn & Crutcher LLP

Case No. 2:12-cv-02755     2     STIPULATION AND ORDER TO REVISED SCHEDULE FOR PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. #25)