1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

| | |
|---|---|
| William Bastien, | CASE NO. 2:12-cv-02755 |
| Plaintiff, | **STIPULATION AND ORDER TO REVISED SCHEDULE FOR PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT (DKT. #25)** |
| v. | |
| ABF Freight Systems Inc, and DOES 1 through 50, inclusive, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:12-cv-02755

1    WHEREAS the parties have held a meet-and-confer in response to the Court's October 8,

2  2013 Minute Order (Dkt. #32); and

3    WHEREAS the parties have agreed to a revised briefing schedule and hearing date for

4  purposes of Defendant's Motion for Summary Judgment (Dkt. #25), subject to the Court's approval;

5    NOW THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE AND

6  AGREE AS FOLLOWS:

7        (1)  Plaintiff will file his Opposition to Defendant's Motion for Summary Judgment on

8            or before October 24, 2013;

9        (2)  Defendant will file its Reply to Plaintiff's Opposition on or before November 7,

10           2013;

11       (3)  The hearing related to Defendant's Motion for Summary Judgment will occur on

12           November 14, 2013.

13

14  Dated: October 8, 2013

15                              MATTHEW S. KAHN
                               GIBSON, DUNN & CRUTCHER LLP
16

17                              By:   /s/ Matthew S. Kahn
18                                          Matthew S. Kahn

19                              Attorneys for Defendant
                               ABF FREIGHT SYSTEM, INC.
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Case No. 2:12-cv-02755                     1        STIPULATION  AND ORDER TO REVISED SCHEDULE FOR
                                                    PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S
                                                    MOTION FOR SUMMARY JUDGMENT (DKT. #25)

Dated: October 8, 2013

MICHAEL PEART
ATTORNEY AT LAW

By:   _/s/ Michael Peart (as authorized on Oct. 8, 2013)_
              Michael Peart

Attorneys for Plaintiff
WILLIAM BASTIEN

**IT IS SO ORDERED.**

Dated: October 10, 2013

Troy L. Nunley
United States District Judge

STIPULATION  AND ORDER TO REVISED SCHEDULE FOR
PURPOSES OF DEFENDANT ABF FREIGHT SYSTEM, INC.'S
MOTION FOR SUMMARY JUDGMENT (DKT. #25)

Gibson, Dunn &
Crutcher LLP